| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 06, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JARREN MEEK,

    Defendant.

Case No. 2:22-mj-00164-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JARREN MEEK</u>, Case No. <u>2:22-mj-00164-AC</u> Charge <u>18 U.S.C. § 371</u>, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

      X    Unsecured Appearance Bond $ **$50,000 unsecured bond. $25,000 to be cosigned by his father Sydney Meek and $25,000 to be cosigned by his friend, Ronald Walker.**

    _____ (Other):

Issued at Sacramento, California at 3:03 PM

Dated: December 6, 2022

_/s/ Deborah Barnes_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE